**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       Union Pacific Railroad Company v. Hilaria Sauseda, et al.

Appellate case number:    01-21-00625-CV

Trial court case number:   2021-50475

Trial court:               152nd District Court of Harris County

Debra Tsuchiyama Baker, Earnest W. Wotring, John Muir, and David George of Baker Wotring LLP have filed a motion to withdraw as counsel for appellant, Union Pacific Railroad Company. *See* TEX. R. APP. P. 6.5(a), (b). The motion represents that appellant has consented to the motion to withdraw. The motion does not include the information required by Texas Rule of Appellate Procedure 6.5(a) and (b), however, the motion notes that appellant has retained new counsel, Gavin R. Villareal and Maddy R. Dwertman of Baker Botts LLP. This Court's records reflects that Gavin R. Villareal and Maddy R. Dwertman have filed a notice of appearance with the Clerk of this Court, designating Gavin R. Villareal as lead counsel for appellant. *See* TEX. R. APP. P. 6.1, 6.2.

Accordingly, we construe the motion as a motion to substitute counsel. *See* TEX. R. APP. P. 6.5(d). Further, the motion includes a certificate of conference representing that no party is opposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, the motion is **granted**. The Clerk of this Court is directed to note the withdrawal of Debra Tsuchiyama Baker, Earnest W. Wotring, John Muir, and David George of Baker Wotring LLP as counsel for appellant and the substitution of Gavin R. Villareal and Maddy R. Dwertman as counsel for appellant on the docket of this Court.

It is so ORDERED.


Judge's signature: _____/s/ Amparo Guerra_____
                   ☑ Acting individually    ☐ Acting for the Court


Date: __December 16, 2021_____